# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARIE CLAIRE UWAMAHORO | ) | |
| 10912 W Mobile LN, | ) | |
| Tolleson, Phoenix, AZ 85353 | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:25-cv-4168 |
| | ) | |
| KRISTI NOEM, in her official capacity, | ) | |
| Secretary, U.S. Department of Homeland | ) | |
| Security; | ) | |
| JOSEPH B. EDLOW, in his official capacity, | ) | |
| Director, U.S. Citizenship and Immigration | ) | |
| Services; | ) | |
| TED H. KIM, in his official capacity, Acting | ) | |
| Associate Director of Refugee, Asylum and | ) | |
| International Operations, U.S. Citizenship and | ) | |
| Immigration Services, | ) | |
| 2707 Martin Luther King Jr. Ave, SE | ) | |
| Washington, DC 20528-0485 | ) | |
| | ) | |
| PAM BONDI, in her official capacity, | ) | |
| Attorney General, Office of Attorney General, | ) | |
| U.S. Department of Justice; | ) | |
| 950 Pennsylvania Avenue, NW | ) | |
| Washington, DC 20530-0001 | ) | |
| | ) | |
| Defendant(s). | | |

---

## PLAINTIFF'S ORIGINAL COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS AND VIOLATION OF THE ADMINISTRATIVE PROCEDURE ACT

Sadaf F. Ahmed, Attorney for Plaintiff, JEELANI LAW FIRM, PLC, 3701 W. Algonquin Rd

Suite 630 Rolling Meadows, IL 60008, Ph: 312-767-9030, Facsimile: 312-549-9981, Email:

sadaf@jeelani-law.com.

## INTRODUCTION

COMES NOW, MARIE CLAIRE UWAMAHORO (hereinafter, "Plaintiff UWAMAHORO" or "Plaintiff"), the plaintiff, by and through the undersigned attorney, in the above cause, and states as follows:

1. This action is brought because of Defendants' failure to adjudicate Plaintiff UWAMAHORO's Form I-589, Application for Asylum and Withholding of Removal, (hereinafter "Asylum Application" or "Application") within the statutory period of 180 days pursuant to 8 U.S.C. §1158(d)(5)(A)(iii). As Plaintiff's Application has been pending for over a total of nine years and nine months (over 117 months or 3578 days) since the date of filing; Defendants have taken over nineteen and a half times the maximum statutory period they are given to adjudicate asylum applications.

2. Defendants are in violation of the Administrative Procedures Act, 5 U.S.C. § 701 et seq. As such, this action is brought to compel Defendants and those acting under them to take action on the Application, which has been pending for over a total of nine years and nine months (over 117 months or 3578 days) with the United States Citizenship and Immigration Services.

3. Since Plaintiff completed the required biometrics appointment, Defendants have made no further requests for information or evidence and nor have they scheduled Plaintiff for her required asylum interview.

4. Defendants cannot reasonably continue to use COVID-19 as a defense to their failure to adjudicate the Application as most, if not all, USCIS Asylum offices are fully operational at this time; as such, COVID-19 related issues do not prohibit an officer's ability to complete the adjudication of Plaintiff's UWAMAHORO's Application.

## PARTIES

5.   MARIE CLAIR UWAMAHORO is a Rwandan national and for purposes of the instant action, she is a resident of Maricopa County, Arizona. She is also the Applicant of a properly filed Form I-589, Application for Asylum and Withholding of Removal (Receipt Number: ZAR1600015650), which was filed on February 11, 2016, with the United States Citizenship and Immigration Service.

6.   Defendant KRISTI NOEM is the Secretary of the United States Department of Homeland Security (hereinafter "DHS"). This action is filed against her in her official capacity. Defendant NOEM is responsible for the enforcement of the INA and for the delegation of adjudicatory and discretionary authority to other employees of the DHS and USCIS pursuant to 8 U.S.C. § 1103(a); 8 C.F.R. § 2.1.

7.   Defendant JOSEPH B. EDLOW is the Director of USCIS; he is an official generally charged with supervisory authority over all operations of USCIS under 8 C.F.R. § 103.1. This action is filed against him in his official capacity.

8.   Defendant TED H. KIM is the Acting Associate Director of Refugee, Asylum, and International Operations Directorate (RAIO); he is an official generally charged with supervisory authority over all operations of USCIS Asylum Offices. This action is filed against him in his official capacity.

9.   Defendant PAM BONDI is the Attorney General of the United States; she is an official generally charged with supervisory authority over all operations of the Department of Justice (hereinafter "DOJ") under 28 C.F.R. § 0.5.   This action is filed against her in her official capacity.

**JURISDICTION AND VENUE**

10.   This Court has jurisdiction to hear this complaint and the claims stated herein by virtue of 28

U.S.C. §§ 1331, § 1361 and §2201 because this is a federal mandamus action brought to compel

Defendants to perform their statutory duties owed to the Plaintiff. This Court has additional

jurisdiction by virtue of the Administrative Procedures Act, 5 U.S.C. § 701, *et seq.,* because

Plaintiff is seeking judicial review of inaction by one or more of the Defendants.

11.   Venue is proper in the District Court for the District of Columbia pursuant to 28 U.S.C. §

1391(e) in that this is the district in which one of the Defendants resides.

**EXHAUSTION OF REMEDIES**

12.   The Plaintiff has repeatedly requested the Defendants to scheduling of her required

Asylum Interview and complete the adjudication of her Application by making a final decision

on the Application. Furthermore, Plaintiff has initiated numerous inquiries with USCIS directly

and has provided sufficient documentation to USCIS establishing her eligibility for the benefit

sought.

13.   Plaintiff UWAMAHORO has exhausted her administrative remedies.

14.   There are no further administrative remedies available for Plaintiff to utilize.

**GENERAL ALLEGATIONS**

15. On February 11, 2016, Plaintiff UWAMAHORO filed Form I-589 Application for Asylum

and Withholding of Removal with the United States Citizenship and Immigration Service

("USCIS") (Receipt Number: ZAR1600015650), **[Exhibit A]**.

16.  On February 29, 2016, Plaintiff UWAMAHORO, along with her derivative family member

appeared at a designated USCIS Application Support Center, where they completed their required biometrics. **[Exhibit B]**.

17. Since completing her biometrics appointment, Plaintiff UWAMAHORO has still not been scheduled for an interview and nor have Defendants made any requests for additional information or evidence.

18.    Plaintiff's Application has now been pending for a total period of over nine years and nine months (over 117 months or 3578 days) and will likely remain in this status without judicial intervention.

19.    As of the date of this filing, Plaintiff's Application remains unadjudicated for a total period of over a total of nine years and nine months (over 117 months or 3578 days) since the date of filing without any indication as to when Defendants will complete the adjudication of her Application.

20.    Defendant's delay and inaction is causing irreparable harm to Plaintiff as she is unable to commence her life in the U.S. without living in fear of being forced to return to Rwanda, where she will certainly be persecuted, tortured, and/or killed.

21.    As a result of Defendant's inaction, Plaintiff has incurred enormous costs and significant attorney's fees. Also, because of the Defendant's inaction, Plaintiff has been deprived of the requested immigration relief as an asylee, for which she is eligible.

## COUNT I

## VIOLATION OF THE APA

22.    All prior paragraphs are re-alleged as if fully stated herein.

23.    Plaintiff has a statutory right to apply for asylum and to be considered for relief under the same pursuant to 8 U.S.C. § 1158(a).

24.    Defendants have a statutory duty to adjudicate asylum applications within 180 days of filing pursuant to 8 U.S.C. § 1158(d)(5)(A)(iii).

25.    The duty owed to Plaintiff is ministerial and so plainly prescribed as to be clear and free from doubt.

26.    No other adequate remedy is available to Plaintiff.

27.    Defendants have violated the Administrative Procedures Act, 5 U.S.C. § 701 et seq., as they have unlawfully withheld action on the Plaintiff's Application for over a total period of nine years and nine months (over 117 months or 3578 days) and have failed to carry out the adjudicative functions delegated to them by law regarding Plaintiff's case.

29.    As Plaintiff's Application has been pending for over a total period of nine years and nine months (over 117 months or 3578 days) since the date of filing; Defendants have taken over nineteen and a half times the maximum statutory period they are given to adjudicate asylum applications

30.    Defendants' delay in this case is, as a matter of law, arbitrary, capricious, or otherwise not in accordance with the law. Defendants have willingly and unreasonably delayed and have refused to adjudicate Plaintiff's Application, thereby depriving Plaintiff of the rights to which she is entitled.

31.    In addition, as a result of this delay, Plaintiff has incurred enormous costs and significant attorney's fees.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff respectfully prays:

1.    That the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order mandating a time certain to adjudicate Plaintiff's Application for

Asylum and Withholding.

2.   In the alternative, that the Court compel Defendants, and those acting under them, to perform their duty to adjudicate Plaintiff's Application immediately.

3.   Finally, that the Court award reasonable attorney's fees under the Equal Access to Justice Act, 5 U.S.C. § 504, and such other and future relief as this Court deems proper.


Date:  November 27, 2025                    Respectfully submitted,

                                            _/s/ Sadaf F. Ahmed_
                                            **Sadaf F. Ahmed, Esq.**
                                            **JEELANI LAW FIRM, PLC**
                                            **3701 W. Algonquin Road, Ste. 630**
                                            **Rolling Meadows, IL 60008**
                                            **sadaf@jeelani-law.com**
                                            **Phone:(312) 767-9030**
                                            **Fax:(312) 549-9981**
                                            ***Counsel for Plaintiff***